IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| RAHAT MEMON | : | VIOLATION:<br>18 U.S.C. § 1546(a) (fraud and misuse of visas – 1 count) |
| | : | |

# I N F O R M A T I O N

## COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about December 14, 2022, in Montgomery County, in the Eastern District of Pennsylvania, and elsewhere, defendant

**RAHAT MEMON**

knowingly made under oath and knowingly subscribed as true under penalty of perjury under Title 28, United States Code, Section 1746, a false statement with respect to a material fact in an application, that is, an Application for a "J-2" Nonimmigrant Visa (Form DS-160) submitted by defendant MEMON on behalf of Minor 1, as required by the immigration laws and regulations relating to nonimmigrant visas as adjudicated by the United States Department of State and defined under Title 8, United States Code, Sections 1101(a)(15)(J) and 1101(a)(26), in that defendant MEMON falsely claimed that (a) Minor 1 was his child, (b) Minor 1 was not employed, and (c) Minor 1 was a primary school student, when in fact, as defendant MEMON then knew, (d) Minor 1 was not his child, (e) Minor 1 was a domestic worker employed by defendant MEMON and his wife, and (f) Minor 1 was not attending school.

In violation of Title 18, United States Code, Section 1546(a).

.

*Christine E. Ayers for*
_____
**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

2

*No.*_ _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

RAHAT MEMON

INFORMATION

Counts
18 U.S.C. § 1546(a) (fraud and misuse of visas – 1 count)

A true bill.

_____
Foreperson

Filed in open court this _____day,
Of _____A.D. 20_____

_____
Foreperson

Bail, $_____